## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PETER R. SEAMON, | : | Civil No. 3:23-CV-00543 |
| | : | |
| Plaintiff, | : | (Magistrate Judge Schwab) |
| | : | |
| v. | : | |
| | : | |
| GOVERNOR JOSH SHAPIRO, | : | |
| *et al.,* | : | |
| | : | |
| Defendants. | : | |

### ORDER
May 2, 2023

Upon consideration of the plaintiff's application (*doc. 2*) for leave to proceed *in forma pauperis*, **IT IS ORDERED** that the application is **GRANTED.** The complaint is now deemed filed. The undersigned Magistrate Judge shall conduct a preliminary review of the plaintiff's complaint.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge