UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PETER R. SEAMON, | : | CIVIL NO. 3:23-cv-00543 |
| Plaintiff, | : | |
| v. | : | (Magistrate Judge Schwab) |
| GOVERNOR JOSH SHAPIRO, *et al.*, | : | |
| Defendants. | : | |

## ORDER
December 6, 2023

Upon consideration of Peter R. Seamon's motion for an extension of time to file an amended complaint, **IT IS ORDERED** that the motion (*doc. 8*) is **GRANTED**. Seamon shall file his amended complaint on or before **January 2, 2024**.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge